[The official term of JOSEPH C. HORNBLOWER, Chief Justice, expired October 31st, 1846. HENRY W. GREEN, Esquire, succeeded him as Chief Justice.

JOSHUA BRICK had resigned previous to this term, and THOMAS SINNICKSON had been appointed in his place.]

---

### JEREMIAH W. BLYDENBURGH AND OTHERS, APPELLANTS, AND HENRY COTHEAL AND DAVID COTHEAL, RESPONDENTS.

1. A, living in New York, sold to B, also living in New York, a tract of land in New Jersey, and took B's bond for the consideration money, with seven per cent. interest, and his mortgage on the lands conveyed, to secure the payment of the bond. The mortgage is not usurious.

2. The exchange of the papers in New Jersey at the proper record office will not make the mortgage usurious; they having been executed and acknowledged in New York, and a sufficient reason for not exchanging them there being shown.

---

This case is reported *ante p.* 17. It was argued in ths court by

*Jer. W. Blydenburgh,* for the appellants, and by

*W. H. Leupp,* for the respondents.

The decree of the Chancellor was unanimously affirmed.